# Third District Court of Appeal

## State of Florida

Opinion filed January 28, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1688
Lower Tribunal Nos. F12-31179, F12-31448

_____

**Eddie James,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Eddie James, in proper person.

James Uthmeier, Attorney General, for appellee.

Before FERNANDEZ, GORDO, and GOODEN, JJ.

PER CURIAM.

Affirmed. See § 921.0017, Fla. Stat. (2013) ("Effective for offenses committed on or after January 1, 1994, if an offender's probation or

community control is revoked and the offender is serving a split sentence pursuant to s. 948.012, upon recommitment to the Department of Corrections, the court shall order credit for time served in state prison or county jail only, *without considering any type of gain-time earned before release to supervision*, or any type of sentence reduction granted to avoid prison overcrowding, including, but not limited to, any sentence reduction resulting from administrative gain-time, provisional credits, or control release.") (emphasis added).